**Order entered June 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00718-CV

### RSL FUNDING, LLC AND RSL SPECIAL-IV, LIMITED PARTNERSHIP, Appellant

### V.

### RICKEY NEWSOME, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-14580-L

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

By letter dated June 10, 2015 appellee requested that the Court clarify whether the Court's June 10, 2015 order staying all proceedings should be construed to stay the mediation scheduled for June 16, 2015. We treat appellee's letter as a motion to clarify our order, **GRANT** the motion and clarify our order as follows. We **ORDER** the mediation presently scheduled for June 16, 2015 **STAYED**. The Court's June 10, 2015 order remains in effect.

/s/     BILL WHITEHILL
          JUSTICE